J. Russell Stedman (117130)
Kathleen E. Dyer (227216)
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

Attorneys for Defendants
METROPOLITAN LIFE INSURANCE COMPANY

Richard Johnston (124524)
131-A Stony Circle, Suite 500
Santa Rosa, California 95401
Telephone: (707) 577-7422
Facsimile: (707) 795-2922

Attorney for Plaintiff
SIENNA HORNBACK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIENNA HORNBACK,<br><br>    Plaintiff,<br><br>vs.<br><br>NEW YORK TIMES COMPANY LONG TERM DISABILITY PLAN; METROPOLITAN LIFE INSURANCE COMPANY; NEW YORK TIMES COMPANY FLEXIBLE BENEFITS PROGRAM; NEW YORK TIMES COMPANY SUPPLEMENTAL RETIREMENT AND INVESTMENT PLAN; NEW YORK TIMES COMPANY PENSION PLAN,<br><br>    Defendant. | CASE NO.: C 05 00508 SBA<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY WITHOUT PREJUDICE (F.R.C.P. 41(a)(1))** |

    IT IS HEREBY STIPULATED as follows by and between Plaintiff Sienna Hornback and Defendant Metropolitan Life Insurance Company ("MetLife"), through their respective counsel:

    1. Whereas Plaintiff filed a lawsuit against Defendants New York Times Company Long Term Disability Plan ("LTD Plan"); New York Times Company Flexible

I:\office7\7197\091\05Pleadings\Stipulation to Dismiss MetLife.doc

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL
OF DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY

Benefits Program; New York Times Company Supplemental Retirement and Investment Plan; New York Times Company Pension Plan; and MetLife;

2. Whereas Plaintiff contends she is a participant in the LTD Plan and meets the requirements for total disability under the LTD Plan;

3. Whereas Plaintiff submitted a claim under the LTD Plan;

4. Whereas MetLife acts as the initial claims administrator for the LTD Plan and made the initial determination of denial on Plaintiff's claim;

5. Whereas Plaintiff appealed the initial determination on her claim and the Times ERISA Management Committee ("EMC"), as designated in the LTD Plan, made the final determination as to Plaintiff's appeal of denial and affirmed denial of her disability claim;

6. Whereas MetLife contends that it is not a proper or necessary party to this action because it provides only administrative services to the LTD Plan, and is not the funding source of the LTD Plan and not vested with authority by the LTD Plan to make final determinations of appeals;

7. Whereas MetLife agrees to be bound by the final judgment in or any agreed resolution of this action insofar as such judgment or resolution determines Plaintiff's rights under the LTD Plan.

IT IS THEREFORE STIPULATED that this action be dismissed in its entirety without prejudice as to MetLife only, pursuant to F.R.C.P. 41(a)(1), with each party to bear its own costs of

///

///

///

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-2-
STIPULATION AND [PROPOSED] ORDER RE DISMISSAL
OF DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY

suit and attorney's fees.

**IT IS SO STIPULATED.**

Dated: July 7, 2005                                   BARGER & WOLEN LLP


                                                      By:  /s/ J. Russell Stedman
                                                           J. RUSSELL STEDMAN
                                                           KATHLEEN E. DYER
                                                           Attorneys for Defendants
                                                           METROPOLITAN LIFE INSURANCE
                                                           COMPANY


Dated: July 7, 2005


                                                      By:  /s/ Richard Johnston
                                                           RICHARD JOHNSTON
                                                           Attorney for Plaintiff
                                                           SIENNA HORNBACK

## ORDER

GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED that Defendant MetLife is dismissed without prejudice from the above-captioned action in its entirety, each party to bear its own costs of suit and attorney's fees.

Dated: July 7, 2005                                   /s/ Saundra Brown Armstrong
                                                      HON. SAUNDRA B. ARMSTRONG

-3-

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL
OF DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY