Gregory I. Rasin, Admitted *Pro Hac Vice*
Steven D. Hurd, Admitted *Pro Hac Vice*
JACKSON LEWIS LLP
59 Maiden Lane
New York, New York 10038
Telephone: (212) 545-4000
Facsimile: (212) 972-3213 or (212) 599-6525

Attorneys for Defendants
NEW YORK TIMES COMPANY LONG TERM DISABILITY PLAN, NEW YORK TIMES COMPANY FLEXIBLE BENEFITS PROGRAM, NEW YORK TIMES COMPANY SUPPLEMENTAL RETIREMENT AND INVESTMENT PLAN and NEW YORK TIMES COMPANY PENSION PLAN

D. Gregory Valenza (SBN 161250)
Allison M. Dibley (SBN 213104)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

**FILED**

JUL 29 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SIENNA HORNBACK,

    Plaintiff,

v.

NEW YORK TIMES COMPANY LONG TERM DISABILITY PLAN; METROPOLITAN LIFE INSURANCE COMANY; NEW YORK TIMES COMPANY FLEXIBLE BENEFITS PROGRAM; NEW YORK TIMES COMPANY SUPPLEMENTAL RETIREMENT AND INVESTMENT PLAN; NEW YORK TIMES COMPANY PENSION PLAN,

    Defendants.

Case No. C-05-00508 SBA (WDB)

[PROPOSED] ORDER GRANTING DEFENDANT THE NEW YORK TIMES COMPANY LONG TERM DISABILITY PLAN'S REQUEST TO PARTICIPATE IN MEDIATION BY TELEPHONE

Complaint Filed: 2/3/05

*handwritten margin note:* cc: ADR, neutral, stats, SBA, WDB, requesting party with direction to serve all parties.

On July 26, 2005, defendant The New York Times Company Long Term Disability Plan ("Defendant") submitted a request that it be allowed to participate in the mediation scheduled for August 8, 2005 by telephone. Since Defendant has shown that its personal attendance poses an unjustifiable hardship, Defendant's request to participate in the mediation by telephone is hereby GRANTED.

Dated: 7/29, 2005

By _____
The Honorable Wayne D. Brazil
United States Magistrate Judge