Gregory I. Rasin, Admitted *Pro Hac Vice*
Steven D. Hurd, Admitted *Pro Hac Vice*
JACKSON LEWIS LLP
59 Maiden Lane
New York, New York 10038
Telephone: (212) 545-4000
Facsimile: (212) 972-3213 or (212) 599-6525

Attorneys for Defendants
NEW YORK TIMES COMPANY LONG TERM DISABILITY PLAN, NEW YORK TIMES COMPANY FLEXIBLE BENEFITS PROGRAM, NEW YORK TIMES COMPANY SUPPLEMENTAL RETIREMENT AND INVESTMENT PLAN and NEW YORK TIMES COMPANY PENSION PLAN

D. Gregory Valenza (SBN 161250)
Allison M. Dibley (SBN 213104)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

FILED
OCT 1 2 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Submitting Counsel are directed to serve this order upon all other parties in this action.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIENNA HORNBACK,<br><br>        Plaintiff,<br><br>v.<br><br>NEW YORK TIMES COMPANY LONG TERM DISABILITY PLAN; METROPOLITAN LIFE INSURANCE COMPANY; NEW YORK TIMES COMPANY FLEXIBLE BENEFITS PROGRAM; NEW YORK TIMES COMPANY SUPPLEMENTAL RETIREMENT AND INVESTMENT PLAN; NEW YORK TIMES COMPANY PENSION PLAN,<br><br>        Defendants. | Case No. C 05-00508 SBA<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS CERTAIN DEFENDANTS WITH PREJUDICE** |

1

STIP. AND [PROPOSED] ORDER TO DISMISS CERTAIN DEFENDANTS WITHOUT PREJUDICE

Case No.: C 05 00508 SBA

1  The parties, through their respective counsel, hereby stipulate and agree to dismissal of
2  defendants NEW YORK TIMES COMPANY FLEXIBLE BENEFITS PROGRAM, NEW
3  YORK TIMES COMPANY SUPPLEMENTAL RETIREMENT AND INVESTMENT PLAN,
4  AND NEW YORK TIMES COMPANY PENSION PLAN, with each party to bear its and her
5  own costs and attorneys' fees.

6  Dated:   June ___, 2005

8  By_____
9  Richard Johnston
   Attorneys for Plaintiff
10 SIENNA HORBACK

11 Dated:   Sept. ~~June~~ 30, 2005   JACKSON LEWIS LLP

13 By_____
14 Gregory I. Rasin, *Admitted Pro Hac Vice*
   Steven D. Hurd, *Admitted Pro Hac Vice*
15 D. Gregory Valenza
   Allison M. Dibley
16 Attorneys for Defendants
17 NEW YORK TIMES COMPANY LONG TERM
   DISABILITY PLAN, NEW YORK TIMES
18 COMPANY FLEXIBLE BENEFITS PROGRAM,
   NEW YORK TIMES COMPANY
19 SUPPLEMENTAL RETIREMENT AND
   INVESTMENT PLAN and NEW YORK TIMES
20 COMPANY PENSION PLAN

**[THIS SPACE INTENTIONALLY LEFT BLANK]**

STIP. AND [PROPOSED] ORDER TO DISMISS CERTAIN DEFENDANTS WITHOUT PREJUDICE    Case No.: C 05 00508 SBA

1   The p[laintiff and defendants, by and through] their respective counsel, hereby stipulate and agree to dismissal of
2   defendants NEW YORK TIMES COMPANY FLEXIBLE BENEFITS PROGRAM, NEW
3   YORK TIMES COMPANY SUPPLEMENTAL RETIREMENT AND INVESTMENT PLAN,
4   AND NEW YORK TIMES COMPANY PENSION PLAN, with each party to bear its and her
5   own costs and attorneys' fees.
6   Dated: June __, 2005

By: _____
Richard Johnston
Attorneys for Plaintiff
SIENNA HORBACK

JACKSON LEWIS LLP

Dated: June __, 2005

By: _____
Gregory I. Rasin, *Admitted Pro Hac Vice*
Steven D. Hurd, *Admitted Pro Hac Vice*
D. Gregory Valenza
Allison M. Dibley
Attorneys for Defendants
NEW YORK TIMES COMPANY LONG TERM
DISABILITY PLAN, NEW YORK TIMES
COMPANY FLEXIBLE BENEFITS PROGRAM,
NEW YORK TIMES COMPANY
SUPPLEMENTAL RETIREMENT AND
INVESTMENT PLAN and NEW YORK TIMES
COMPANY PENSION PLAN.

[THIS SPACE INTENTIONALLY LEFT BLANK]

## ORDER

IT IS HEREBY ORDERED that Defendants NEW YORK TIMES COMPANY FLEXIBLE BENEFITS PROGRAM, NEW YORK TIMES COMPANY SUPPLEMENTAL RETIREMENT AND INVESTMENT PLAN, AND NEW YORK TIMES COMPANY PENSION PLAN shall be dismissed from the within action, with prejudice, with each party to bear its and her own costs and attorneys' fees.

Dated: 10-12-05

Hon. Saundra B. Armstrong
U.S. DISTRICT COURT JUDGE